DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

R.M.T.,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-0988

_____

June 12, 2026

Appeal from the Circuit Court for Pinellas County; Patrice W. Moore, Judge.

Blair Allen, Public Defender, and A. Victoria Wiggins, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Marena S. Ramirez, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

Affirmed.

LUCAS, C.J., and VILLANTI and GUARD, JJ., Concur.

_____

Opinion subject to revision prior to official publication.